UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| CLAIRE HANLEY, M.D., | |
| Plaintiff, | |
| -against- | |
| NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; KINGS COUNTY HOSPITAL CENTER; STATE UNIVERSITY OF NEW YORK DOWNSTATE MEDICAL CENTER; WAYNE J. RILEY, M.D., as President of SUNY Downstate Medical Center; DEBORAH L. REEDE, M.D, as Chair of Radiology of SUNY Downstate and individually; PATRICK HAMMILL, M.D. as Director of Radiology at Kings County Hospital Center and individually; and NEESHA PATEL, M.D., | 19 Civ. 4246 (FB) (SJB)  **NOTICE OF THE STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

-------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants The State University of New York ("SUNY")[1], Deborah Reede, and Wayne J. Riley (collectively the "State Defendants"), will move this Court, at the Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at a time to be determined by the Court, for an order granting summary judgment dismissing the complaint, together with such further relief as the Court deems proper.

Dated:  New York, New York
        October 28, 2022

---

[1] As a subdivision of The State University of New York, the State University of New York Downstate Medical Center ("Downstate") is not a legally-cognizable entity separate from SUNY, the appropriate institutional defendant. *See* N.Y. Educ. Law §§ 351-352; *Pemrick v. Stracher*, 2007 WL 1876504 at *1, n. 1 (E.D.N.Y. June 28, 2007), *aff'd* 331 Fed. App'x 17 (2d Cir. 2009).

LETITIA JAMES
Attorney General of the
 State of New York
*Attorney for the State Defendants*
By:
/s/*Clement J. Colucci*
CLEMENT J. COLUCCI
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8634
Clement.Colucci@ag.ny.gov